IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 06-00161- 03-CR-W-DW |
| | ) | |
| Corey J Helms | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Conspiracy to distribute cocaine base in an amount of 50 grams or more (Count I) and possession with intent to distribute cocaine base in an amount of 5 grams or more (Count IV).

The following matters were discussed and action taken during the pretrial conference[1]:

**TRIAL COUNSEL**:
        Government:  Jane Pansing Brown
        Case Agent: Corporal Horn of the Missouri State Highway Patrol
        Defense:  David Johnson for defendant Helms

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
        Government: 2-3
        Defendant: 7, the defendant may testify

**TRIAL EXHIBITS**
        Government: 6
        Defendant: 4

**DEFENSES**: general denial and alibi

**POSSIBLE DISPOSITION**:

---

[1]At the outset of the conference, counsel for defendant Tatum indicated that his client was scheduling a change of plea.

(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1 ½ - 2 ½ days**
    Government's case including jury selection: 1- 1 ½ days
    Defense case: ½ - 1 day

**STIPULATIONS**: Government counsel will propose a stipulation on the chain of custody of the narcotics.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: filed in accordance with the scheduling order
    Defense: to be filed by January 26, 2007
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, February 7, 2007**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: None planned**

**TRIAL SETTING**: Criminal jury trial docket commencing February 12, 2007
    **Please note**: Counsel request the first week of the docket.

**IT IS SO ORDERED.**

                               _____/s/_____
                                     SARAH W. HAYS
                                  United States Magistrate Judge